**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **IN RE:** | : | **CASE NO. 13-52630** |
| **EMILY M. DAVIS** | : | **CHAPTER 13** |
| **DEBTOR** | : | **JUDGE PRESTON** |

**NOTICE OF CHANGE OF ADDRESS**

**PLEASE TAKE NOTICE** that Debtor's residential address is as follows:

**7572 Mill Bench Court, Apt. C**
**Dublin, OH  43016**

Respectfully submitted,

/s/Robert J. Morje
Robert J. Morje            (0020210)
McInturff & Morje LLC
Attorney for Debtor
PO Box 6545
Columbus, Ohio  43206
(614) 464-2235
(614) 588-8826 (fax)
rmorje.attorney@gmail.com

**CERTIFICATE OF SERVICE**

**I hereby certify that on September 4, 2015, a copy of the foregoing** NOTICE OF CHANGE OF ADDRESS **was served on the following registered ECF participants, electronically through the court's ECF System at the email address registered with the court:**

Asst US Trustee (Col)    ustpregion09.cb.ecf@usdoj.gov
Brian M Gianangeli    bgianangeli@mifsudlaw.com
Judith M McInturff    court@judithmcinturff.com, MacandMorj@gmail.com
Robert J Morje    rmorje.attorney@gmail.com, MacandMorj@gmail.com
Frank M Pees    trustee@ch13.org
Keith D Weiner    bankruptcy@weinerlaw.com

**and on the following by ordinary U.S. Mail addressed to:**
Emily M. Davis
7572 Mill Bench Court, Apt. C
Dublin, OH  43016

/s/Robert J. Morje
Robert J. Morje            (0020210)