# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

|  |  |  |
|---|---|---|
| IN RE: | : | CASE NO. 13-52630 |
| EMILY M. DAVIS | : | CHAPTER 13 |
| DEBTOR | : | JUDGE PRESTON |

### NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that Debtor's residential address is as follows:

**4627 Crystal Ball Drive**
**Hilliard, OH  43026**

Respectfully submitted,

/s/Robert J. Morje _____
Robert J. Morje          (0020210)
McInturff & Morje LLC
Attorney for Debtor
PO Box 6545
Columbus, Ohio  43206
(614) 464-2235
(614) 588-8826 (fax)
rmorje.attorney@gmail.com

### CERTIFICATE OF SERVICE

**I hereby certify that on September 22, 2016, a copy of the foregoing** NOTICE OF CHANGE OF ADDRESS **was
served on the following registered ECF participants, electronically through the court's ECF System at the email
address registered with the court:**

Asst US Trustee (Col)     ustpregion09.cb.ecf@usdoj.gov
Brian M Gianangeli     bgianangeli@mifsudlaw.com
Judith M McInturff     court@judithmcinturff.com, MacandMorj@gmail.com
Robert J Morje     rmorje.attorney@gmail.com, MacandMorj@gmail.com
Frank M Pees     trustee@ch13.org
Keith D Weiner     bankruptcy@weinerlaw.com

**and on the following by ordinary U.S. Mail addressed to:**
Emily M. Davis
4627 Crystal Ball Drive
Hilliard, Ohio  43026

/s/Robert J. Morje_____
Robert J. Morje          (0020210)